# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERGIO FLORES,

    Petitioner,

v.

JOE LIZARRAGA,

    Respondent.

CASE NO. 15-CV-9106-RSWL (SK)

**JUDGMENT**

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 8/2/2017

s/ RONALD S.W. LEW
HON. RONALD S.W. LEW
U.S. DISTRICT JUDGE